# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREG ERICKSON, Individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, V. BURNS HARGIS, FRANK KEATING, BREENE M. KERR, CHARLES T. MAXWELL, DON NICKELS, FREDERICK B. WHITTEMORE, MERRILL A. MILLER, JR., KATHLEEN M. EISBRENNER, and LOUIS A. SIMPSON,<br><br>     Defendants,<br><br>and<br><br>CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation,<br><br>     Nominal Defendant. | Case No. 5:12-cv-631-M |

## PLAINTIFF'S MOTION TO EXPEDITE BRIEFING REGARDING MOTION TO CONSOLIDATE AND APPOINT LEAD COUNSEL

| | |
|---|---|
| DEBORAH G. MALLOW IRA SEP INVESTMENT PLAN, Individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON L. NICKLES, and LOU SIMPSON,<br><br>     Defendants,<br><br>     and<br><br>CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation,<br><br>     Nominal Defendant. | Case No. 5:12-cv-436-M |
| CHRISTOPHER SNYDER, Individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION<br><br>     Plaintiff,<br><br>v.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON L. NICKLES, and LOU SIMPSON,<br><br>     Defendants,<br><br>     and<br><br>CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation,<br><br>     Nominal Defendant. | Case No. 5:12-cv-437-M |

| | |
|---|---|
| DOLEZAL FAMILY LIMITED PARTNERSHIP, Derivatively on Behalf of Nominal Defendant CHESAPEAKE ENERGY CORP.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON L. NICKLES, and LOUIS SIMPSON,<br><br>　　　　　　Defendants,<br><br>　　and<br><br>CHESAPEAKE ENERGY CORP.,<br><br>　　　　　　Nominal Defendant. | Case No. 5:12-cv-477-M |
| BRIAN F. LEONARD, Individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON L. NICKLES, and LOUIS SIMPSON,<br><br>　　　　　　Defendants,<br><br>　　and<br><br>CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation,<br><br>　　　　　　Nominal Defendant. | Case No. 5:12-cv-479-M |

| | |
|---|---|
| JACOB SHOCHAT, Derivatively and on Behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON L. NICKLES, and LOUIS A. SIMPSON,<br><br>      Defendants,<br><br>    and<br><br>CHESAPEAKE ENERGY CORPORATION,<br><br>      Nominal Defendant. | Case No. 5:12-cv-488-M |
| THE DAVID A. KROLL, INC. EMPLOYEES' PROFIT-SHARING PLAN AND TRUST, derivatively on behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, V. BURNS HARGIS, FRANK A. KEATING, BREENE M. KERR, CHARLES T. MAXWELL, DON L. NICKLES, FREDERICK B. WHITTEMORE, MARCUS C. ROWLAND, MICHAEL A. JOHNSON, LOUIS A. SIMPSON, KATHLEEN M. EISBRENNER, and MERRILL A. MILLER, JR.,<br><br>      Defendants,<br><br>    and<br><br>CHESAPEAKE ENERGY CORPORATION,<br><br>      Nominal Defendant. | Case No. 5:12-cv-493-M |

| | |
|---|---|
| STEPHEN ROBACZYNSKI, Derivatively on Behalf of Nominal Defendant CHESAPEAKE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY K. MCCLENDON, MERRILL A. MILLER, JR., DON NICKLES, CHARLES T. MAXWELL, FRANK KEATING, RICHARD K. DAVIDSON, V. BURNS HARGIS, KATHLEEN M. EISBRENNER, LOUIS A. SIMPSON, BREENE M. KERR, and FREDERICK B. WHITTEMORE,<br><br>Defendants,<br><br>and<br><br>CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation,<br><br>Nominal Defendant. | Case No. 5:12-cv-501-M |
| NORMAN SPIEGEL, Derivatively on Behalf of Nominal Defendant CHESAPEAKE ENERGY CORPORTION,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON NICKLES, and LOU SIMPSON,<br><br>Defendants,<br><br>and<br><br>CHESAPEAKE ENERGY CORPORATION,<br><br>Nominal Defendant. | Case No. 5:12-cv-502-M |

| | |
|---|---|
| HOWARD ROSENGARTEN, Derivatively on Behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>              Plaintiff,<br><br>              v.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON NICKLES, and LOU SIMPSON,<br><br>              Defendants,<br><br>              and<br><br>CHESAPEAKE ENERGY CORPORATION,<br><br>              Nominal Defendant. | Case No. 5:12-cv-505-M |
| ARTHUR ALBERTS, Individually and derivatively on Behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>              Plaintiff,<br><br>              v.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON L. NICKLES, and LOU SIMPSON,<br><br>              Defendants,<br><br>              and<br><br>CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation,<br><br>              Nominal Defendant. | Case No. 5:12-cv-545-M |

| | |
|---|---|
| JOEL GERBER, Derivatively on Behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. "PETE" MILLER, JR., DON L. NICKLES, LOU SIMPSON, BREENE M. KERR and FREDERICK B. WHITTEMORE,<br><br>Defendants,<br><br>and<br><br>CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation,<br><br>Nominal Defendant. | Case No. 5:12-cv-584-D |
| GREG ERICKSON, Individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, V. BURNS HARGIS, FRANK KEATING, BREENE M. KERR, CHARLES T. MAXWELL, DON NICKELS, FREDERICK B. WHITTEMORE, MERRILL A. MILLER, JR., KATHLEEN M. EISBRENNER, and LOUIS A. SIMPSON,<br><br>Defendants,<br><br>and<br><br>CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation,<br><br>Nominal Defendant. | Case No. 5:12-cv-631-M |

Plaintiff Greg Erickson ("Plaintiff"), pursuant to LCvR7.1(g), respectfully moves the Court for an order shortening the time for responses to Plaintiff's Motion to Consolidate and Appoint Lead Counsel, which is being filed concurrently herewith.

As described more fully in Plaintiff's Motion to Consolidate and Appoint Lead Counsel, Plaintiff seeks to consolidate the related 2012 Derivative Actions and to appoint lead counsel in the consolidated action. Plaintiff, through this motion, seeks to shorten the time for responses because the issues presented in Plaintiffs' Motion to Consolidate and Appoint Lead Counsel have already been argued exhaustively in briefing filed in connection with the previously-filed competing motions to consolidate and appoint counsel, and therefore providing a response within five days is reasonable. Conversely, allowing a full twenty-one days to respond is unnecessary and unreasonable.

Therefore, Plaintiffs respectfully request the Court require any party wishing to file a response to the Motion to Consolidate and Appoint Lead Counsel to do so on or before Tuesday, July 3, 2012.

DATED: June 27, 2012                    DERRYBERRY & NAIFEH, LLP

*s/ Darren Derryberry*
DARREN DERRYBERRY

4800 N. Lincoln Blvd.
Oklahoma City, OK 73105
Telephone: (405) 528-6569
Facsimile: (405) 528-6462

*Proposed Liaison Counsel for Plaintiffs*

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
GEORGE C. AGUILAR
JAY N. RAZZOUK
LAUREN N. OCHENDUSZKO
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

HOLZER HOLZER & FISTEL, LLC
MICHAEL I. FISTEL, JR.
MARSHALL P. DEES
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
BRETT WEAVER
110 West A Street, Suite 750
San Diego, CA 9210 1
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

*Proposed Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. I further certify that I served the attached document by U.S. Mail and electronic mail (where address was available) on the following:

Kenyatta R. Bethea
HOLLOWAY, BETHEA &
OSENBAUGH, PLLC
3035 N.W. 63rd, Suite 102N
Oklahoma City, OK 73116
kbethea@hbolaw.com

Raymond A. Bragar
Lawrence P. Eagel
Jeffrey H. Squire
Justin Kuehn
BRAGAR WEXLER EAGEL
  & SQUIRE, P.C.
885 Third Avenue, Suite 3040
New York, NY 10022
bragar@bragarwexler.com

Lewis S. Kahn
Albert M. Myers
Melinda A. Nicholson
KAHN SWICK & FOTI, LLC
206 Covington Street
Madison, LA 70447
albert.myers@ksfcounsel.com
melinda.nicholson@ksfcounsel.com

John Halebian
LOVELL STEWART HALEBIAN LLP
Midtown Office
317 Madison Avenue, 21st Floor
New York, NY 10017
jhalebian@lshllp.com

Robert I. Harwood
Matthew M. Houston
HARWOOD FEFFER LLP
488 Madison Avenue
New York, NY 10022
rharwood@hfesq.com
mhouston@hfesq.com

Steven W. Crow
LAW OFFICES OF DELLUOMO
  & CROW
5617 N. Classen Boulevard
Oklahoma City, OK 73118

Don S. Strong
G. Stephen Martin
STRONG, MARTIN &
  ASSOCIATES, PLLC
2700 First National Center
120 North Robinson Avenue
Oklahoma City, OK 73102
dss@strongmartin.com
gsm@strongmartin.com

Nancy Kaboolian
Stephanie Amin-Giwner
ABBEY SPANIER RODD
  & ABRAMS, LLP
212 East 39th Street
New York, NY 10016
nkaboolian@abbeyspanier.com

Richard A. Lockridge
Gregg M. Fishbein
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
ralockridge@locklaw.com
gmfishbein@locklaw.com

Brian Murray
MURRAY FRANK, LLP
275 Madison Avenue, Suite 801
New York, NY 10016
bmurray@murrayfrank.com

Roy L. Jacobs
ROY JACOBS & ASSOCIATES
60 East 42nd Street, 46th Floor
New York, NY 10165
rjacobs@jacobsclasslaw.com

Lionel Z. Glancy
Michael Goldberg
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Ste 2100
Los Angeles, CA 90067
lglancy@glancylaw.com
mmgoldberg@glancylaw.com

James R. Webb
Spencer F. Smith
MCAFEE & TAFT, A.P.C.
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
jim.webb@mcafeetaft.com
spencer.smith@mcafeetaft.com

Robert P. Varian
Kenneth P. Herzinger
M. Todd Scott
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
rvarian@orrick.com
kherzinger@orrick.com
tscott@orrick.com

Curtis V. Trinko
LAW OFFICES OF CURTIS V. TRINKO
16 West 46th Street, 7th Floor
New York, NY 10036
ctrinko@trinko.com

Edward W. Gale
Thomas C. Atmore
LEONARD, O'BRIEN, SPENCER, GALE & SAYRE, LTD.
100 South 5th Street, Suite 2500
Minneapolis, MN 55402
egale@losgs.com
tatmore@losgs.com

David B. Kahn
Mark E. King
DAVID B. KAHN & ASSOCIATES, LTD.
One Northfield Plaza, Suite 214
Northfield, IL 60093

 

*s/ Darren Derryberry*
DARREN DERRYBERYY

746978

- 4 -

Roy L. Jacobs
ROY JACOBS & ASSOCIATES
60 East 42nd Street, 46th Floor
New York, NY 10165
rjacobs@jacobsclasslaw.com

Lionel Z. Glancy
Michael Goldberg
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Ste 2100
Los Angeles, CA 90067
lglancy@glancylaw.com
mmgoldberg@glancylaw.com

James R. Webb
Spencer F. Smith
MCAFEE & TAFT, A.P.C.
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
jim.webb@mcafeetaft.com
spencer.smith@mcafeetaft.com

Robert P. Varian
Kenneth P. Herzinger
M. Todd Scott
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
rvarian@orrick.com
kherzinger@orrick.com
tscott@orrick.com

Curtis V. Trinko
LAW OFFICES OF CURTIS V. TRINKO
16 West 46th Street, 7th Floor
New York, NY 10036
ctrinko@trinko.com

Edward W. Gale
Thomas C. Atmore
LEONARD, O'BRIEN, SPENCER, GALE & SAYRE, LTD.
100 South 5th Street, Suite 2500
Minneapolis, MN 55402
egale@losgs.com
tatmore@losgs.com

David B. Kahn
Mark E. King
DAVID B. KAHN & ASSOCIATES, LTD.
One Northfield Plaza, Suite 214
Northfield, IL 60093

*s/ Darren Derryberry*
DARREN DERRYBERYY

746978