# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREG ERICKSON, Individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>                 Plaintiff,<br><br>v.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, V. BURNS HARGIS, FRANK KEATING, BREENE M. KERR, CHARLES T. MAXWELL, DON NICKELS, FREDERICK B. WHITTEMORE, MERRILL A. MILLER, JR., KATHLEEN M. EISBRENNER, and LOUIS A. SIMPSON,<br><br>                 Defendants,<br><br>and<br><br>CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation,<br><br>                 Nominal Defendant. | Case No. 5:12-cv-631-M |

## PLAINTIFF'S MOTION TO EXPEDITE BRIEFING REGARDING MOTION TO CONSOLIDATE AND APPOINT LEAD COUNSEL

Plaintiff Greg Erickson ("Plaintiff"), pursuant to LCvR7.1(g), respectfully moves the Court for an order shortening the time for responses to Plaintiff's Motion to Consolidate and Appoint Lead Counsel, which is being filed concurrently herewith.

As described more fully in Plaintiff's Motion to Consolidate and Appoint Lead Counsel, Plaintiff seeks to consolidate the related 2012 Derivative Actions and to appoint lead counsel in the consolidated action. Plaintiff, through this motion, seeks to shorten the time for responses because the issues presented in Plaintiffs' Motion to Consolidate and Appoint Lead Counsel have already been argued exhaustively in briefing filed in connection with the previously-filed competing motions to consolidate and appoint counsel, and therefore providing a response within five days is reasonable. Conversely, allowing a full twenty-one days to respond is unnecessary and unreasonable.

Therefore, Plaintiffs respectfully request the Court require any party wishing to file a response to the Motion to Consolidate and Appoint Lead Counsel to do so on or before Thursday, July 5, 2012.

DATED: June 27, 2012                    DERRYBERRY & NAIFEH, LLP

                                        *s/ Darren Derryberry*
                                        DARREN DERRYBERRY

                                        4800 N. Lincoln Blvd.
                                        Oklahoma City, OK 73105
                                        Telephone: (405) 528-6569
                                        Facsimile: (405) 528-6462

                                        *Proposed Liaison Counsel for Plaintiffs*

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
GEORGE C. AGUILAR
JAY N. RAZZOUK
LAUREN N. OCHENDUSZKO
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

HOLZER HOLZER & FISTEL, LLC
MICHAEL I. FISTEL, JR.
MARSHALL P. DEES
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
BRETT WEAVER
110 West A Street, Suite 750
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

*Proposed Lead Counsel for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2012, I electronically transmitted the *Plaintiff's Motion to Expedite Briefing Regarding Motion to Consolidate and Appoint Lead Counsel* to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the appropriate ECF registrants:

                                        *s/ Darren Derryberry*
                                        DARREN DERRYBERYY

746978

- 3 -