## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) GREG ERICKSON, Individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>1) AUBREY McCLENDON,<br>2) RICHARD K. DAVIDSON,<br>3) V. BURNS HARGIS,<br>4) FRANK KEATING,<br>5) BREENE M. KERR,<br>6) CHARLES T. MAXWELL,<br>7) DON NICKLES,<br>8) FREDERICK B. WHITTEMORE,<br>9) MERRILL A. MILLER, JR.,<br>10) KATHLEEN M. EISBRENNER, and<br>11) LOUIS A. SIMPSON,<br><br>　　　　　　　Defendants,<br><br>　　　　and<br><br>12) CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation,<br><br>　　　　　　　Nominal Defendant. | Case No. 5:12-cv-631-M |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2012, I served (Document 11) *Amended Shareholder Derivative Complaint for Breach of Fiduciary Duties, Waste of Corporate Assets, Unjust Enrichment, and Violations of the Securities and Exchange Act of 1934*, (Document 14) *Plaintiff's Motion to Expedite Briefing Regarding Motion to Consolidate and Appoint Lead Counsel,* (Document 15) *Plaintiff Greg Erickson's Motion to Consolidate and Appoint Lead Counsel with Memorandum of Law in Support,* (Document 16) *Order,* and (Document 17) *Declaration of Darren Derryberry in Support of Plaintiff Greg Erickson's Motion to Consolidate and Appoint Lead Counsel* by via email on the following:

Kenyatta R. Bethea
HOLLOWAY, BETHEA &
OSENBAUGH, PLLC
3035 N.W. 63rd, Suite 102N
Oklahoma City, OK 73116
kbethea@hbolaw.com

Raymond A. Bragar
Lawrence P. Eagel
Jeffrey H. Squire
Justin Kuehn
BRAGAR WEXLER EAGEL
 & SQUIRE, P.C.
885 Third Avenue, Suite 3040
New York, NY 10022
bragar@bragarwexler.com

Lewis S. Kahn
Albert M. Myers
Melinda A. Nicholson
KAHN SWICK & FOTI, LLC
206 Covington Street
Madison, LA 70447
albert.myers@ksfcounsel.com
melinda.nicholson@ksfcounsel.com

John Halebian
LOVELL STEWART HALEBIAN LLP
Midtown Office
317 Madison Avenue, 21st Floor
New York, NY 10017
jhalebian@lshllp.com

Brian Murray
MURRAY FRANK, LLP
275 Madison Avenue, Suite 801
New York, NY 10016
bmurray@murrayfrank.com

Don S. Strong
G. Stephen Martin
STRONG, MARTIN &
 ASSOCIATES, PLLC
2700 First National Center
120 North Robinson Avenue
Oklahoma City, OK 73102
dss@strongmartin.com
gsm@strongmartin.com

Nancy Kaboolian
Stephanie Amin-Giwner
ABBEY SPANIER RODD
 & ABRAMS, LLP
212 East 39th Street
New York, NY 10016
nkaboolian@abbeyspanier.com

Richard A. Lockridge
Gregg M. Fishbein
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
ralockridge@locklaw.com
gmfishbein@locklaw.com

Robert I. Harwood
Matthew M. Houston
HARWOOD FEFFER LLP
488 Madison Avenue
New York, NY 10022
rharwood@hfesq.com
mhouston@hfesq.com

Roy L. Jacobs
ROY JACOBS & ASSOCIATES
60 East 42nd Street, 46th Floor
New York, NY 10165
rjacobs@jacobsclasslaw.com

Lionel Z. Glancy
Michael Goldberg
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Ste 2100
Los Angeles, CA 90067
lglancy@glancylaw.com
mmgoldberg@glancylaw.com

Curtis V. Trinko
LAW OFFICES OF CURTIS V. TRINKO
16 West 46th Street, 7th Floor
New York, NY 10036
ctrinko@trinko.com

Edward W. Gale
Thomas C. Atmore
LEONARD, O'BRIEN, SPENCER,
  GALE & SAYRE, LTD.
100 South 5th Street, Suite 2500
Minneapolis, MN 55402
egale@losgs.com
tatmore@losgs.com

Robert P. Varian
Kenneth P. Herzinger
M. Todd Scott
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
rvarian@orrick.com
kherzinger@orrick.com
tscott@orrick.com

James R. Webb
Spencer F. Smith
MCAFEE & TAFT, A.P.C.
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
jim.webb@mcafeetaft.com
spencer.smith@mcafeetaft.com

And mailed via U.S. first class mail, postage prepaid to the following:

David B. Kahn
Mark E. King
DAVID B. KAHN & ASSOCIATES, LTD.
One Northfield Plaza, Suite 214
Northfield, IL 60093

Steven W. Crow
LAW OFFICES OF DELLUOMO
  & CROW
5617 N. Classen Boulevard
Oklahoma City, OK 73118

/s/ *Darren B. Derryberry*
Darren B. Derryberry, OBA # 14542
Derryberry & Naifeh, LLP
4800 North Lincoln Blvd.
Oklahoma City, Oklahoma  73105
Telephone (405) 528-6569
Facsimile (405) 528-6462
dderryberry@derryberrylaw.com