UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) GREG ERICKSON, Individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>1) AUBREY McCLENDON, et al.,<br><br>  Defendants. | Case No. 5:12-cv-631-M |

## SUPPLEMENT

COMES NOW Plaintiff, Greg Erickson, and hereby submits this addendum to the Amended Shareholder Derivative Complaint for Breach of Fiduciary Duties, Waste of Corporate Assets, Unjust Enrichment, and Violations of the Securities and Exchange Act of 1934, attaching the Plaintiff's verification.

Respectfully submitted,

/s/ Darren B. Derryberry
Darren B. Derryberry, OBA # 14542
Derryberry & Naifeh, LLP
4800 North Lincoln Blvd.
Oklahoma City, Oklahoma 73105
Telephone (405) 528-6569
Facsimile (405) 528-6462
dderryberry@derryberrylaw.com

*Counsel Liaison for Plaintiff*

## VERIFICATION

I, Greg Erickson, hereby verify that I am a shareholder of Chesapeake Energy Corp. (the "Company"), and am ready, willing, and able to pursue this action in the hope of improving the Company and recovering damages for the Company caused by the defendants' conduct. I have reviewed the allegations made in this Amended Shareholder Derivative Complaint and to those allegations of which I have personal knowledge I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely upon my counsel and their investigation and believe them to be true. Having received a copy of this Complaint, having reviewed it with my counsel, I hereby authorize its filing.

Date: 27 June 2012

Greg Erickson

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd[h] day of July, 2012, I served the above and foregoing document via email on the following:

Kenyatta R. Bethea
HOLLOWAY, BETHEA &
OSENBAUGH, PLLC
3035 N.W. 63rd, Suite 102N
Oklahoma City, OK 73116
kbethea@hbolaw.com

Raymond A. Bragar
Lawrence P. Eagel
Jeffrey H. Squire
Justin Kuehn
BRAGAR WEXLER EAGEL
  & SQUIRE, P.C.
885 Third Avenue, Suite 3040
New York, NY 10022
bragar@bragarwexler.com

Lewis S. Kahn
Albert M. Myers
Melinda A. Nicholson
KAHN SWICK & FOTI, LLC
206 Covington Street
Madison, LA 70447
albert.myers@ksfcounsel.com
melinda.nicholson@ksfcounsel.com

John Halebian
LOVELL STEWART HALEBIAN LLP
Midtown Office
317 Madison Avenue, 21st Floor
New York, NY 10017
jhalebian@lshllp.com

Robert I. Harwood
Matthew M. Houston
HARWOOD FEFFER LLP
488 Madison Avenue
New York, NY 10022
rharwood@hfesq.com
mhouston@hfesq.com

Brian Murray
MURRAY FRANK, LLP
275 Madison Avenue, Suite 801
New York, NY 10016
bmurray@murrayfrank.com

Don S. Strong
G. Stephen Martin
STRONG, MARTIN &
  ASSOCIATES, PLLC
2700 First National Center
120 North Robinson Avenue
Oklahoma City, OK 73102
dss@strongmartin.com
gsm@strongmartin.com

Nancy Kaboolian
Stephanie Amin-Giwner
ABBEY SPANIER RODD
  & ABRAMS, LLP
212 East 39th Street
New York, NY 10016
nkaboolian@abbeyspanier.com

Richard A. Lockridge
Gregg M. Fishbein
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
ralockridge@locklaw.com
gmfishbein@locklaw.com

Curtis V. Trinko
LAW OFFICES OF CURTIS V. TRINKO
16 West 46th Street, 7th Floor
New York, NY 10036
ctrinko@trinko.com

Roy L. Jacobs
ROY JACOBS & ASSOCIATES
60 East 42nd Street, 46th Floor
New York, NY 10165
rjacobs@jacobsclasslaw.com

Lionel Z. Glancy
Michael Goldberg
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Ste 2100
Los Angeles, CA 90067
lglancy@glancylaw.com
mmgoldberg@glancylaw.com

Edward W. Gale
Thomas C. Atmore
LEONARD, O'BRIEN, SPENCER, GALE & SAYRE, LTD.
100 South 5th Street, Suite 2500
Minneapolis, MN 55402
egale@losgs.com
tatmore@losgs.com

Robert P. Varian
Kenneth P. Herzinger
M. Todd Scott
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
rvarian@orrick.com
kherzinger@orrick.com
tscott@orrick.com

James R. Webb
Spencer F. Smith
MCAFEE & TAFT, A.P.C.
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
jim.webb@mcafeetaft.com
spencer.smith@mcafeetaft.com

And mailed via U.S. first class mail, postage prepaid to the following:

David B. Kahn
Mark E. King
DAVID B. KAHN & ASSOCIATES, LTD.
One Northfield Plaza, Suite 214
Northfield, IL 60093

Steven W. Crow
LAW OFFICES OF DELLUOMO & CROW
5617 N. Classen Boulevard
Oklahoma City, OK 73118

                /s/ *Darren B. Derryberry*
Darren B. Derryberry, OBA # 14542
Derryberry & Naifeh, LLP
4800 North Lincoln Blvd.
Oklahoma City, Oklahoma 73105
Telephone (405) 528-6569
Facsimile (405) 528-6462
dderryberry@derryberrylaw.com