UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREG ERICKSON, Individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, V. BURNS HARGIS, FRANK KEATING, BREENE M. KERR, CHARLES T. MAXWELL, DON NICKELS, FREDERICK B. WHITTEMORE, MERRILL A. MILLER, JR., KATHLEEN M. EISBRENNER, and LOUIS A. SIMPSON,<br><br>Defendants,<br><br>and<br><br>CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation,<br><br>Nominal Defendant. | Case No.: 5:12-cv-631-M |

## **MOTION FOR ADMISSION *PRO HAC VICE***

COMES NOW the Applicant, George C. Aguilar, of the law firm Robbins Umeda LLP, by and through local counsel and moves this Court pursuant to Local Civil Rule 83.2(g), to admit him to practice before this Court solely for the purpose of appearing as counsel for Plaintiff in the above-styled case.

The Applicant states, pursuant to Local Civil Rule 83.3, that he has associated local counsel, Darren B. Derryberry, of the law firm Derryberry & Naifeh, LLP, 4800

- 1 -

North Lincoln Blvd., Oklahoma City, Oklahoma 73105, who is also personally appearing in this action and who is admitted to practice before this Court.

The undersigned local counsel hereby certifies that Applicant George C. Aguilar is a member in good standing of the Bar of California and that a completed Request for Admission *Pro Hac Vice* form is attached hereto.

DATED this 3rd day of July, 2012.     Respectfully submitted,

> *s/ Darren B. Derryberry*
> Darren B. Derryberry, OBA #14542
> DERRYBERRY & NAIFEH, LLP
> 4800 N. Lincoln Blvd.
> Oklahoma City, OK 73105
> Telephone: (405) 528-6569
> Facsimile: (405) 528-6462
> dderryberry@derryberrylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the appropriate ECF registrants. I further certify that I served the attached document via e-mail on the following counsel:

| | |
|---|---|
| James R. Webb<br>Spencer F. Smith<br>MCAFEE & TAFT, A.P.C.<br>10th Floor, Two Leadership Square<br>211 North Robinson<br>Oklahoma City, OK 73102<br>jim.webb@mcafeetaft.com<br>spencer.smith@mcafeetaft.com | Robert P. Varian<br>Kenneth P. Herzinger<br>ORRICK, HERRINGTON &<br>  SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>rvarian@orrick.com<br>kherzinger@orrick.com |

> *s/ Darren Derryberry*
> DARREN DERRYBERYY

748809

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREG ERICKSON | ) |
| | ) |
| vs.                          Plaintiff(s) | )   Case No. 5:12-cv-00631-M |
| AUBREY K. McCLENDON, et al. | ) |
| | ) |
|                              Defendant(s) | ) |

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: George C. Aguilar

2. State bar membership number: CA 126535

3. Business address, telephone and fax numbers:
   Robbins Umeda LLP
   600 B Street, Suite 1900
   San Diego, CA 92101
   Tel.: (619) 525-3990  Fax: (619) 525-3991

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   All courts of the State of California; U.S. District Court for the Northern, Southern, and Central Districts of California; U.S. District Court for the Eastern District of Wisconsin; U.S. District Court for the District of Colorado; and U.S. Court of Appeals for the Second, Ninth, and Tenth Circuits.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?      ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?      ☐ Yes  ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?      ☑ Yes  ☐ No

A check for $50 should be made payable to the U.S. District Court Clerk.
   (United States Government Attorneys are exempted from paying this fee.)

DATED this 29th day of June, 2012

_____
Signature of Applicant

005/rvsd 06-04